*Error assigned* was above instruction, quoting it.

*A. M. Brown, A. A. Thayer* with him, for appellant, cited: Thomson v. Davenport, 9 B. & C. 78; Curtis v. Williamson, L. R. 10 Q. B. 57; Beymer v. Bonsall, 79 Pa. 298; Coleman v. Bank, 53 N. Y. 388; Youghiogheny Iron Co. v. Smith, 66 Pa. 340; 1 A. & E. Enc. L. 416; Ewell's Eavens's Agency, 449, 2451; Weld's Pollock, Contracts, *12, 13.

*P. C. Knox, James H. Reed* with him, for appellee, cited: Patterson v. Gandasequi, 15 East, 62; Chitty, Contracts, p. 301.

PER CURIAM, January 3, 1893:

This was an attempt on the part of the plaintiff company to recover from the defendant a large sum of money upon a contract to which the company was not a party, and which was not made for its benefit. The learned judge below in answer to defendant's point properly instructed the jury to find a verdict in his favor.

Judgment affirmed.

# East Deer Township Road.     West's Appeal.

*Road law—Vacation and relocation—Termini—Viewers.*

A petition for a view and relocation of a portion of road, known as the Crawford Run road, specified " that a part of said road through the township of East Deer, beginning at a point on the Pittsburgh and Freeport road at Hites station, the beginning of said road, to a point on the line of said road in said township at the property of Thomas Norman," was inconvenient and burdensome. The viewers specified that they had located a road " beginning at a point in the Pittsburgh and Freeport road at Hites station, the beginning of said Crawford Run road," giving courses and distances to the other terminus, and vacating old road. The plan showed that the road as actually laid out began at a point on the Pittsburgh and Freeport road, some thirty rods nearer to the railway station than did the old road. *Held,* that it was not improper to confirm the report of the viewers.

Argued Nov. 7, 1892. Appeal, No. 239, Oct. T., 1892, by Harry F. West, a property owner, from order of Q. S. Allegheny Co., June T., 1890, No. 7, confirming report of viewers

appointed to locate public road.  Before PAXSON, C. J., WIL-
LIAMS, McCOLLUM, MITCHELL and HEYDRICK, JJ.

Exceptions to report of road viewers.

, The petition averred " that a public road was long since laid
out and opened, leading from the Pittsburgh and Freeport road,
at or near Hites station, West Penn. railroad, to Logan and
Butler road, at the . property of Henry Nevergold, which is
known and usually designated as the Crawford Run road, that
a part of said road through the township of East Deer, begin-
ning at a point on the Pittsburgh and Freeport road at Hites
station, the beginning of said road, to a point on the line of
said road in said township, at the property of Thomas Norman
(which is now kept by August Johnston, a tenant of Nor-
man) ; and also another portion between what was known as
Simon's property, on the line of said road, to the terminus
of said road, on the Logan and Butler road, in said township,
have become inconvenient and burdensome by reason of the
very steep grades of said road, coming up from Pittsburgh to
Freeport road, and other points and places of said road in said
township of East Deer. .

" Petitioners therefore pray the court to appoint qualified
persons to have the premises inquired into, and the expediency
of making said change, and report to the next term of court
whether the same is inconvenient and burdensome, and report
such change or vacation thereof, if any, as they may deem nec-
essary to avoid the steep grade aforesaid."

The viewers reported that they had located a road " Begin-
ning at a point in the Pittsburgh and Freeport road at Hites
station, the beginning of said Crawford Run road," giving the
courses and distances to the other terminus which corresponded
exactly to the terminus named in the petition ; and vacating
all portions of the old road rendered unnecessary by the open-
ing of the new road.

. The plan accompanying the report showed that the road ac-
tually began at a point on the Pittsburgh and Freeport road
some thirty rods nearer Hites station than did the old road.

Exceptions were filed inter alia as follows, by appellant :

" 1. The road as laid out does not begin and terminate at the
points named in the petition for view or the order directing
said view." [1]

1893.]    Exceptions to Viewers' Report—Opinion of the Court.

" 2. Neither the report of the viewers nor the plan thereto attached showed at what point on the Freeport road the said new road begins." [2]

Exceptions overruled and report confirmed.

*Errors assigned* were (1, 2) dismissing exceptions, quoting them.

*James F. Robb*, for appellant, cited : Twenty-eighth Street, 33 Leg. Int. 64; Lower Merion Road, 58 Pa. 67; Ligonier Road, 21 Pitts. L. J., O. S. 92; Abington Twp. Road, 2 Montg. Co., L. R. 92.

*John S. Lambie, A. M. Brown* with him, for appellee, cited : West Chester Road, 2 Rawle, 421; Reserve Twp. Road, 80 Pa. 165; Springdale Twp. Road, 91 Pa. 260; Penn Valley Road, 4 Yeates 514; Miller's Road, 9 S. & R. 35; Bean's Road, 35 Pa. 280.

PER CURIAM, January 3, 1893 : Proceedings affirmed.


# Walter *v.* Fees, Appellant.

*Opening judgment—Discretion of court.*

In an application to open a judgment entered upon a warrant of attorney, a wide discretion must necessarily be exercised by the court below, and on appeal the Supreme Court will only reverse where this discretion has been abused.

Where, on such application, defendant testifies that the judgment was paid under an agreement by which he gave up his grocery business and went to plaintiff's saloon to act as a bartender, and the plaintiff denies the payment under the agreement, the Supreme Court will not reverse the decision of the lower court refusing to open the judgment.

Argued Jan. 3, 1893.    Appeal, No. 237, Jan. T., 1892, by defendant, Harry Fees, from order of C. P. No. 1, Phila. Co., June T., 1891, No. 335, refusing to open judgment.    Before PAXSON, C. J., STERRETT, GREEN, WILLIAMS, McCOLLUM, MITCHELL and DEAN, JJ.